*Nicole D. Dorman,* in opposition.

Decided October 12, 2000

## STATE OF CONNECTICUT *v.* ROBERT HAYNES

*Louis S. Avitable,* special public defender, in support of the petition.

*Peter A. McShane,* senior assistant state's attorney, in opposition.

Decided October 12, 2000

## STATE OF CONNECTICUT *v.* JONATHAN DEBARROS

KATZ, J., did not participate in the consideration or decision of this petition.

*Judith Rossi,* executive assistant state's attorney, in support of the petition.

*John R. Gulash, Jr.,* in opposition.

Decided October 12, 2000

## STATE OF CONNECTICUT *v.* JAMES ROCCO

*Michael L. Moscowitz*, special public defender, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.

Decided October 12, 2000

STATE OF CONNECTICUT *v.* CECIL LIPSCOMB

The Supreme Court docket number is SC 16395.

*Christopher T. Godialis*, assistant state's attorney, in support of the petition.

Decided October 12, 2000

JACOB CARATTINI *v.* COMMISSIONER OF
CORRECTION

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Mark Diamond*, special public defender, in support of the petition.